**Motion Granted; Reversed and Remanded and Memorandum Opinion filed December 2, 2021.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-21-00298-CV
_____

**PAUL B. ROSEN, Appellant**

**V.**

**PETERSON NEW TERRITORY INVESTORS, LP, Appellee**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-266793**

## MEMORANDUM OPINION

This is an appeal from an order for sanctions signed January 21, 2021, and the amended final judgment signed March 3, 2021. On November 1, 2021, the parties filed an agreed motion to set aside the trial court's judgment without regard to the merits and remand the cause to the trial court for rendition of judgment in

accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)B). The motion is granted.

We reverse the trial court's judgment and remand the case for further proceedings consistent with this opinion. *See* Tex. R. App. P. 43.2(d).


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.